IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARKESHA PERKINS,** | ) |
| | ) |
| | ) Civil Action No. 1:14-cv-07500 |
| Plaintiff, | ) Honorable Thomas M. Durkin |
| v. | ) |
| | ) |
| **STELLAR RECOVERY, INC.,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| /s/ David M. Schultz | /s/ Amy L. Bennecoff Ginsburg |
| David M. Schultz | Amy L. Bennecoff Ginsburg, Esq. |
| Hinshaw & Culbertson, LLP | Kimmel & Silverman, P.C. |
| 222 N. LaSalle Street, Suite 300 | 30 E. Butler Avenue |
| Chicago, IL 60601 | Ambler, PA 19002 |
| Phone: (312) 704-3000 | Phone: 215-540-8888 |
| Fax: (312) 704-3001 | Email: aginsburg@creditlaw.com |
| Email: dschultz@hinshawlaw.com | |
| Attorney for Defendants | Attorney for Plaintiff |
| Date: March 3, 2015 | Date: March 3, 2015 |

BY THE COURT:

_____

J.

## **CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, certify that on March 3, 2015, a true and correct copy of the foregoing Stipulation to Dismiss was served on all Defendants as follows via ECF:

    David M. Schultz
    Hinshaw & Culbertson, LLP
    222 N. LaSalle Street, Suite 300
    Chicago, IL 60601
    dschultz@hinshawlaw.com

DATED: March 3, 2015

/s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: 215-540-8888
Email: aginsburg@creditlaw.com
Attorney for Plaintiff